UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED HUSTON-DARNELL CHANDLER,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1289

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: February 5, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge